UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY CHARLES WREN,<br><br>          Petitioner,<br><br>     v.<br><br>FEDERAL DISTRICT COURT,<br><br>          Respondent. | Case No. 2:22-cv-00589-JDP (HC)<br><br>ORDER DIRECTING PETITIONER TO FILE AN APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE |

Petitioner, a state prisoner proceeding without counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an *in forma pauperis* affidavit or paid the required filing fee ($5.00). *See* 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity either to submit the appropriate affidavit in support of a request to proceed *in forma pauperis* or to submit the appropriate filing fee.

In accordance with the above, it is hereby ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, either an affidavit in support of his request to proceed *in forma pauperis* or the appropriate filing fee.

2. Petitioner's failure to comply with this order will result in a recommendation that this action be dismissed.

3. The Clerk of the Court is directed to send petitioner a copy of the *in forma pauperis* form used by this district.

IT IS SO ORDERED.

Dated: __April 6, 2022__  
　　　　　　　　　　　　　　　　　　　_____  
　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON  
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE